Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Mandalay Corp. dba*
*Mandalay Bay Resort & Casino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LEVY<br><br>  Plaintiff,<br><br>  v.<br><br>MANDALAY CORP., a Nevada corporation, dba MANDALAY BAY RESORT & CASINO,<br><br>  Defendants. | Case No. 2:14-cv-01636-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Daniel Levy and Mandalay Corp. dba Mandalay Bay Resort & Casino ("Defendant"), through their

/ / /

/ / /

undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this ___ day of May, 2016.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Robert Spretnak<br>Robert P. Spretnak, Bar # 5135<br>8275 S. Eastern Avenue, Ste. 200<br>Las Vegas, Nevada 89123 | /s/ Lisa A. McClane<br>Veronica Arechederra Hall, Bar # 5855<br>Lisa A. McClane, Bar # 10139<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Daniel Levy* | *Attorneys for Defendant*<br>*Mandalay Corp.* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Court Judge

**DATED** this   20   day of May, 2016.